O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHRISTOPHER NASH, | ) | Case No. EDCV 09-1595-SVW (DTB) |
| Petitioner, | ) ) ) | ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| vs. | ) ) ) ) | |
| A. FAKHOURY, Warden, | ) ) ) | |
| Respondent. | ) ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that respondent's Motion to Dismiss is granted, Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: September 21, 2010

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE