JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER NASH, ) | Case No. EDCV 09-1595-SVW (DTB) |
| Petitioner, ) | |
| vs. ) | **J U D G M E N T** |
| A. FAKHOURY, Warden, ) | |
| Respondent. ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that respondent's Motion to Dismiss is granted, the Petition is denied and this action is dismissed with prejudice.

DATED: September 21, 2010

*[signature]*

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE